CHANGE OF ADDRESS

TO: UNITED STATES DISTRICT COURT

FROM: FRANK FALKENBURRY
　　　CASE NUMBER 3:24-CV-0015-JPG
　　　Falkenburry v. Burns
　　　E-FILED 01-17-2024 AT BIG MUDDY RIVER C.C.

## MY ADDRESS NOW

"FRANK FALKENBURRY
1147 CARBON LAKE RD.
MURPHYSBORO, IL 62966"

CELL PHONE NUMBER
618-521-0459

*Frank Falkenburry*

07/13/24

https://www.edwardsandkautz.com/attorney/david-troutman/

FRANK FALKENBURRY
147 CARBON LAKE RD.
MURPHYSBORO, IL 62966

SAINT LOUIS MO .630

13 JUL 2024   PM 4   L



MAIL CLEARED
US MARSHALS

UNITED STATES DISTRICT COURT
750 MISSOURI AVE.
EAST ST. LOUIS, ILLINOIS 62201

62201-295429

RECEIVED
JUL 15 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE