03-17-2025

I Frank S Falkenburry am submitting my change of Address From 1147 Carbon Lake Road mboro, IL.

To 78 Smeade Ln
Murphysboro, IL. 62966

Case No 24-CV-115-JPG

*Frank Falkenburry*

Frank S Failkenburry
78 Smeade lane
Morphysboro, IL. 62966

SAINT LOUIS MO 630
18 MAR 2025 PM 7 L

MAIL CLEARED
US MARSHALS

Clerk
United States District Court
750 Missouri Ave
East St Louis, Illinios
62201

62201-295429




RECEIVED

MAR 20 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE