UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK S. FALKENBURRY,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT D. BURNS, GARRETT ETHERTON, NICHOLAS FREEMAN, TIMOTHY WILLIAMS, DEPUTY-JAILER CANO, DEPUTY-JAILER PARTRIDGE, and DEPUTY-JAILER ROWLAND,<br><br>    Defendant. | Case No. 24-cv-115-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  June 25, 2025**

                                          **MONICA A. STUMP, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**